|   |   |
|---|---|
| 1 | D.LAW, INC. |
| 2 | David Yeremian (SBN 226337)<br>d.yeremian@d.law |
| 3 | David Keledjian (SBN 309135)<br>d.keledjian@d.law |
| 4 | Svetlana Hovhannisyan (SBN 357330)<br>l.hovhannisyan@d.law |
| 5 | 450 N. Brand Blvd., Suite 840<br>Glendale, CA 91203 |
| 6 | Telephone: (818) 962-6465<br>Facsimile: (818) 962-6469 |

Attorneys for Plaintiff ASIA L. BAUER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ASIA L. BAUER, on behalf of herself and all others similarly situated, and the general public, | Case No.   4:25-cv-06466-YGR |
|---|---|
| Plaintiff, | [*Assigned for all purposes to the Hon. Yvonne Gonzalez Rogers*] |
| v. | **JOINT NOTICE OF SETTLEMENT; AND STIPULATION TO REMAND TO STATE COURT AS AMENDED BY THE COURT; REMAND ORDER** |
| WESTERN STONE & METAL CORP., a Colorado corporation; SHANE CO., a business entity of unknown form; and DOES 1 through 50, inclusive, | Complaint Filed: June 20, 2025<br>Removal Date:   July 31, 2025 |
| Defendants. | |

Plaintiff Asia L. Bauer and Defendant Western Stone & Metal Corp., by and through their respective counsel, hereby inform the Court that they have reached a settlement in this matter.

The settlement provides that the parties will stipulate to remand this action to state court, and to seek approval of the settlement in state court. Plaintiff has a representative PAGA action filed in the Superior Court of the State of California, County of San Mateo, Case No. 25-CIV-06430. Accordingly, the parties respectfully request that this action be remanded to the Superior Court of the State of California, County of San Mateo, so that the parties may request consolidation of this matter and the representative PAGA action and seek approval of the settlement for both lawsuits in state court.

THE PARTIES THEREFORE STIPULATE AND AGREE THAT:

1. This action is remanded to Superior Court of the State of California, County of ~~Sacramento~~ San Mateo.

DATED: January 5, 2026          MCDERMOTT WILL & SCHULTE LLP


By:  /s/ Chris Braham
     Chris Braham
     Alejandra Chumbes

Attorneys for Defendant
WESTERN STONE & METAL CORP.

DATED: January 5, 2026          D.LAW, INC.

By: /s/ Svetlana Hovhannisyan
    David Keledjian
    Svetlana Hovhannisyan

Attorneys for Plaintiff ASIA L. BAUER

The stipulation is approved as amended. The Clerk of the Court is **DIRECTED** to remand this action to the Superior Court of California, County of San Mateo. **IT IS SO ORDERED.**          Dated: January 6, 2025

_____
Yvonne Gonzalez Rogers
United States District Court Judge